**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KASIEM BROWN, et al., | CIVIL ACTION NO. |
| Plaintiffs, | 07-824(NLH)(AMD) Lead case |
| v. | 07-974 Consolidated cases |
| | 07-975 |
| COUNTY OF ATLANTIC, et al., | 07-978 |
| | 07-979 |
| Defendants. | 07-989 |
| | 07-996 |
| | 07-1115 |
| | 07-1116    **ORDER** |
| | 07-1126 |
| | 07-1129 |
| | 07-1159 |
| | 07-1466 |
| | 07-1639 |
| | 07-1753 |
| | 07-1754 |
| | 07-1836 |
| | 07-1865 |
| | 07-1948 |
| | 07-2099 |
| | 07-2384 |
| | 07-2385 |
| | 07-2421 |
| | 07-2560 |
| | 07-2597 |
| | 07-2646 |
| | 07-2954 |
| | 07-3704 |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 11th day of June, 2010

ORDERED that defendants' motions for summary judgment

| **Case number** | **Motion number** |
|---|---|
| 07-824 | [127] |
| 07-974 | [50] |

```
07-975                                  [56]
07-978                                  [56]
07-979                                  [57]
07-989                                  [45]
07-996                                  [49]
07-1115                                 [53]
07-1116                                 [48]
07-1126                                 [45]
07-1129                                 [61]
07-1159                                 [50]
07-1466                                 [51]
07-1639                                 [20]
07-1753                                 [42]
07-1754                                 [44]
07-1836                                 [52]
07-1865                                 [50]
07-1948                                 [40]
07-2099                                 [60]
07-2384                                 [41]
07-2385                                 [49]
07-2421                                 [42]
07-2560                                 [57]
07-2597                                 [46]
07-2646                                 [47]
07-2954                                 [46]
07-3704                                 [46]
```

are **GRANTED;** and it is further

**ORDERED** that the motion to be relieved as counsel in 07-1129 [65] is **GRANTED;** and it is further

**ORDERED** that the Clerk of the Court is directed to mark all these matters as **CLOSED.**

                                              s/ Noel L. Hillman

At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.